Anthony HALL, Plaintiff–Appellant,

v.

Mr. L.J. FLEMING, Warden; Mr. M.J. Sandstrom, Security Supervisor; Mr. M.A. Keen, Security Officer; Mr. Ratliff, Security Supervisor/Alternate (IHO); Mr. T. Lowe, Institutional Hearing Officer (IHO); Mr. Cox, Chief of Security Supervisory; Mr. Sykes, a/k/a Esych, Unit Manager, Special Housing Unit, (SHU); Mr. S. Fuller, Unit Manager, B–Building; Ms. Y. Taylor, Institutional Programs Manager, Defendants–Appellees.

No. 12–7845.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2013.

Decided: March 1, 2013.

Anthony Hall, Appellant Pro Se.

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Hall appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hall v. Fleming,* No. 7:12–cv–00406–JCT–RSB (W.D.Va. Oct. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*